TOMIO B. NARITA (State Bar No. 156576)
Tomio.Norita@wbd-us.com
SAMUEL R. MELAMED (State Bar No. 301303)
Samuel.Melamed@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
50 California Street, Suite 2750
San Francisco, CA 94111
Telephone: (415) 433-1900

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A. (erroneously sued as "J.P. MORGAN CHASE BANK, N.A.")

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA HENRY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>J.P. MORGAN CHASE BANK, N.A.<br><br>　　　　Defendant. | Case No. 3:24-cv-04489-LJC<br><br>**[PROPOSED] ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

# ORDER

Based on the Parties' Stipulation, and GOOD CAUSE appearing, the Court orders the following:

1. Defendant's deadline to respond to the Complaint shall be October 11, 2024;

2. The dates previously set by the Court (*see* Dkt. No. 4) shall be re-set pursuant to the following:

| Case Management Event | Initial Deadline | New Deadline |
|---|---|---|
| Deadline to file ADR Certification (See ADR L.R. 3) | 10/3/2024 | 10/24/2024 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan. (See F.R. Civ. P. 26(f)) | 10/3/2024 | 10/24/2024 |
| Deadline to make initial disclosures. (See F.R. Civ. P. 26(a)(1)) | 10/17/2024 | 11/7/2024 |
| Deadline to file Joint Case Management Statement. (See Standing Order for All Judges of the Northern District of California) | 10/17/2024 | 11/7/2024 |
| Initial Case Management Conference: To be held by Zoom. Go to cand.uscourts.gov/ljc for Zoom link. | 10/24/2024 at 1:30 p.m. | 11/14/2024 at 1:30 p.m. |

IT IS SO ORDERED.

Date: September 20, 2024

_____
Hon. Lisa J. Cisneros