NEDA FARAH (State Bar No. 269819)
neda@nedafarahlaw.com
FARAH LAW, P.C.
265 S. Doheny Dr., Suite # 102
Beverly Hills, California 90211
Telephone: 310-666-3786

*Attorney for Plaintiff/Counter-Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA HENRY,<br><br>        Plaintiff,<br><br>v.<br><br>J.P. MORGAN CHASE BANK, N.A.,<br><br>        Defendant. | Case No. 3:24-cv-04489-VC<br><br>**NOTICE OF SETLEMENT** |
| J.P. MORGAN CHASE BANK, N.A.,<br><br>        Counter-Plaintiff,<br><br>v.<br><br>GINA HENRY,<br><br>        Counter-Defendant. | |

NOTICE IS HEREBY GIVEN that Plaintiff and Counter-Defendant, GINA HENRY, and Defendant and Counter-Plaintiff, J.P. MORGAN CHASE BANK, N.A., have reached a settlement of their respective claims. The parties anticipate filing a stipulation of dismissal of all claims, with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, within forty-five (45) days.

Dated: January 28, 2025                                Respectfully Submitted,

*/s/ Neda Farah*
Neda Farah
Farah Law, P.C.
265 S. Doheny Dr., Suite 102
Beverly Hills, California 90211
Telephone: 310-666-3786
Facsimile: 310-494-0768
E-Mail: neda@nedafarahlaw.com
*Attorney for the Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing *Notice of Settlement* is being filed electronically with the United States District Court for the Northern District of California on this 28th day of January 2025. Notice of this filling will be transmitted to all counsel of record via the Court's CM/ECF system.

*/s/ Neda Farah*
Neda Farah, Esq.