TOMIO B. NARITA (State Bar No. 156576)
Tomio.Norita@wbd-us.com
SAMUEL R. MELAMED (State Bar No. 301303)
Samuel.Melamed@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
50 California Street, Suite 2750
San Francisco, CA 94111
Telephone: (415) 433-1900

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A. (erroneously sued as "J.P. MORGAN CHASE BANK, N.A.")

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA HENRY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>J.P. MORGAN CHASE BANK, N.A.<br><br>　　　　Defendant. | Case No. 3:24-cv-04489-VC<br><br>**JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [FRCP 41(a)(1)(A)(ii), 41(c)]**<br><br>Complaint Filed: July 25, 2024<br>Counterclaim Filed: October 11, 2024<br><br>Trial Date: September 8, 2025 |
| JPMORGAN CHASE BANK, N.A.<br><br>　　　　Counterclaim-Plaintiff,<br><br>　　vs.<br><br>GINA HENRY,<br><br>　　　　Counterclaim-Defendant. | |

**JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) and 41(c) of the Federal Rules of Civil Procedure, Plaintiff and Counterclaim-Defendant Gina Henry ("Plaintiff") and Defendant and Counterclaim-Plaintiff JPMorgan Chase Bank, N.A. ("Chase") stipulate that the above-captioned action, including all counterclaims, shall be dismissed with prejudice.  Each party shall bear their own fees and costs.

SO STIPULATED.

DATED:  February 12, 2025            WOMBLE BOND DICKINSON (US) LLP

By:     */s/ Samuel R. Melamed*
Tomio B. Narita
Samuel R. Melamed
Attorneys for Defendant and Counterclaim-Plaintiff
JPMORGAN CHASE BANK, N.A

DATED:  February 12, 2025            FARAH LAW, P.C.

By:     */s/ Neda Farah*
Neda Farah
Attorneys for Plaintiff and Counterclaim-Defendant
GINA HENRY

I, Samuel R. Melamed, am the ECF user whose credentials were used to file this document.  I attest that Neda Farah, the other signatory to this Joint Stipulation of Dismissal of Entire Action With Prejudice, has concurred in the filing of this document and its contents.

*/s/ Samuel R. Melamed*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                    */s/ Samuel R. Melamed*
                    Samuel R. Melamed